UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Tiffany R. Burnett v. Bayer Corporation, et al.* | No. 11-cv-11821-DRH |
| *Ginger Aleen Casebeer, et al. v. Bayer Corporation, et al.* | No. 11-cv-12419-DRH |
| *Dayna A. DiCarlo v. Bayer Corporation, et al.* | No. 11-cv-12417-DRH |
| *Gwendolyn Fay Horton v. Bayer Corporation, et al.* | No. 10-cv-12514-DRH |
| *Candice Michelle Kiani, et al. v. Bayer Corporation, et al.* | No. 10-cv-13438-DRH |
| *Catherine M. Miles, et al. v. Bayer Corporation, et al.* | No. 10-cv-20277-DRH |
| *Melanie Jean Rogers, et al. v. Bayer Corporation, et al.* | No. 11-cv-12663-DRH |
| *Danielle Nycole Snyder v. Bayer Corporation, et al.* | No. 11-cv-12918-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on April 15, 2015, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

**JUSTINE FLANAGAN,**
**ACTING CLERK OF COURT**

BY:  /s/*Caitlin Fischer*
**Deputy Clerk**

Digitally signed by David R. Herndon
Date: 2015.04.17 04:28:23 -05'00'

APPROVED:
DISTRICT JUDGE
U. S. DISTRICT COURT